**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MARY MARCHBANKS**                                                              **PLAINTIFF**

**V.**                               **CIVIL ACTION NO.: 1:07CV299-SA-SAA**

**DOLGENCORP, INC.**                                                 **DEFENDANT**

## ORDER DENYING MOTIONS

A hearing was held before the Court on Plaintiff's pending motions. Pursuant to a bench opinion issued this day, the Court finds Plaintiff's Motion to Vacate and Set Aside Agreed Order Dismissing Action [79] and Motion to Set Aside Judgment [85] are denied.

SO ORDERED, this the 31st day of July, 2009.

                                                      **/s/ Sharion Aycock**
                                                      **UNITED STATES DISTRICT JUDGE**